UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parley Drew Hardman, | Case No. 2:22-08723 SB (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| Bryon Birkholz, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 5), Petitioner's Response to the Report and Recommendation (Dkt. No. 10), and all the records and files herein. Petitioner has no objection and consents to the recommendation.

///

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The Court accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 5);
2. The Petition is denied and this case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: April 28, 2023

_____
STANLEY BLUMENFELD, JR.
United States District Judge