JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parley Drew Hardman, | Case No. 2:22-08723 SB (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| Bryon Birkholz, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the case is dismissed with prejudice.

DATED: April 28, 2023    _____
STANLEY BLUMENFELD, JR.
United States District Judge